UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BIDO,

               Movant,

-v-

UNITED STATES OF AMERICA,

               Respondent.

No. 19-cv-8388 (RJS)
No. 14-cr-0212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On November 13, 2020, the Court received Noel Bido's pro se motion for a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  Accordingly, IT IS HEREBY ORDERED THAT the government shall respond to the motion no later than November 27, 2020.  The Clerk of Court is respectfully directed to mail a copy of this Order to Bido.  SO ORDERED.

Dated:     November 20, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation