UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>-v-<br><br>NOEL BIDO,<br><br>Supervisee. | No. 14-cr-212-8 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Louis M. Freeman, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Noel Bido in this matter. Mr. Freeman shall promptly file a notice of appearance in Case No. 14-cr-212-8.

SO ORDERED.

Dated:   June 2, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation