UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>    -v-<br><br>NOEL BIDO,<br><br>                    Supervisee. | No. 14-cr-212-8 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, June 14, 2022 at 4:45 p.m., at which time Supervisee will be presented on the specifications of violation of supervised release indicated in Probation's report dated May 31, 2022. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    June 6, 2022
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation