UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

NOEL BIDO,

Supervisee.

No. 14-cr-212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of the parties, IT IS HEREBY ORDERED THAT the VOSR presentment in this matter, which is currently scheduled for June 14, 2022, will instead take place on Thursday, June 16, 2022 at 2:30 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   June 13, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation