UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NOEL BIDO,

            Supervisee.

14-cr-212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release proceeding on July 28, 2022, IT IS HEREBY ORDERED THAT Supervisee's term of supervised release is revoked and Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending sentencing in this matter.

SO ORDERED.

Dated:      July 28, 2022
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation