UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    against

Noel Bido,

               Supervisee.

No. 14-cr-212 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of the Court's failure to advise Supervisee of his right to appeal during the sentencing proceeding held on September 19, 2022, IT IS HEREBY ORDERED THAT the Court's judgment (Document No. 1056) is VACATED. IT IS FURTHER ORDERED THAT the parties shall appear for reimposition of sentence on Tuesday, September 27, 2022, at 4:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:          September 22, 2022
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation