UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

    -v-

NOEL BIDO,

               Supervisee.

---

No. 14-cr-212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday,

April 18, 2024, at 9:30 a.m. in Courtroom 14C at the Daniel Patrick Moynihan Courthouse, 500

Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     April 15, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation