UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> -v-<br><br>NOEL BIDO,<br><br>                              Supervisee. | No. 14-cr-212 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's letter indicating that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – was adjourned until June 20, 2024. (Doc. No. 1088.) IT IS HEREBY ORDERED THAT Defendant shall submit a status update on his state court case by July 5, 2024.

SO ORDERED.

Dated: July 1, 2024
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation