UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NOEL BIDO,

           Supervisee.

No. 14-cr-212 (RJS)

ORDER

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    Defendant has advised the Court that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – has been adjourned until July 16, 2024. IT IS HEREBY ORDERED THAT Defendant shall submit a status update on his state court case by July 29, 2024.

SO ORDERED.

Dated: July 2, 2024
New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation