UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NOEL BIDO,<br><br>                    Supervisee. | No. 14-cr-212 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Supervisee's letter indicating that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – has been adjourned until September 5, 2024. (Doc. No. 1093.) IT IS HEREBY ORDERED THAT Supervisee shall submit a status update on his state court case by September 12, 2024.

SO ORDERED.

Dated: August 5, 2024
New York, New York

                                                                                     
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation