UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NOEL BIDO,<br><br>　　　　　　　Supervisee. | No. 14-cr-212 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of Supervisee's letter indicating that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – has been adjourned until September 20, 2024 so that Supervisee can consider a plea offer. (Doc. No. 1096.) IT IS HEREBY ORDERED THAT Supervisee shall submit a status update on his state court case by September 27, 2024.

SO ORDERED.

Dated: September 16, 2024
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation