UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NOEL BIDO,

          Supervisee.

No. 14-cr-212 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Supervisee's letter indicating that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – has been adjourned from September 20, 2024 to October 11, 2024. (Doc. No. 1098.) IT IS HEREBY ORDERED THAT Supervisee shall submit a status update on his state court case by October 18, 2024.

SO ORDERED.

Dated: October 4, 2024
New York, New York

                                RICHARD J. SULLIVAN
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation