UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NOEL BIDO,<br><br>                Supervisee. | No. 14-cr-212 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Supervisee's letter indicating that his state court case – which involves the same underlying conduct as the VOSR proceedings before this Court – has been adjourned from October 11, 2024 to October 25, 2024. (Doc. No. 1100.)  IT IS HEREBY ORDERED THAT Supervisee shall submit a status update on his state court case by November 8, 2024.

SO ORDERED.

Dated: October 18, 2024
New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation