UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

    -v-

NOEL BIDO,

          Supervisee.

No. 14-cr-212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on April 3, 2026, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time it is anticipated that (i) the Supervisee will admit to specifications 3, 16, and 17 of the Probation Office's Second Amended Violation Report dated March 13, 2026, and (ii) the Court will sentence the Supervisee on those violations.

It is further ORDERED that defense counsel shall file a sentencing submission on behalf of the Supervisee by March 24, 2026, and the government shall file its sentencing submission by March 31, 2026. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 1151.

SO ORDERED.

Dated:      March 13, 2026
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation