UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

    -v-

NOEL BIDO,

          Supervisee.

No. 14-cr-212-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on May 1, 2026, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time it is anticipated that (i) the Supervisee will admit to specifications 3, 16, and 17 of the Probation Office's Second Amended Violation Report dated March 13, 2026, and (ii) the Court will sentence the Supervisee on those violations.

SO ORDERED.

Dated:      April 23, 2026
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation